UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES CAMARENA HERNANDEZ, | No. 2:19-cv-1888 DB |
| Plaintiff, | |
| v. | ORDER |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff is a state inmate proceeding pro se and in forma pauperis. (ECF No. 7.) This social security action was submitted to the court without oral argument for ruling on plaintiff's motion for summary judgment and/or remand and defendant's motion to remand.[1] Review of the parties' motions finds that the parties have essentially stipulated to this matter being remanded.

In this regard, plaintiff's motion seeks "a voluntary remand in light of new evidence not in the record." (Pl.'s MSJ (ECF No. 22) at 1.[2]) In response, defendant filed a motion for voluntary remand. (Def.'s Mot. (ECF No. 26) at 1.) Therein, defendant states that defendant "has sought

---

[1] Both parties have previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c). (See ECF No. 28.)

[2] Page number citations such as this one are to the page number reflected on the court's CM/ECF system and not to page numbers assigned by the parties.

1

and received approval for voluntary remand in this case for further proceedings including a re-evaluation of evidence and the issuing of a new decision." (Id. at 2.) Defendant also requests that "the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner." (Id. at 3.) Plaintiff did not file an opposition to defendant's motion.

Therefore, in light of the parties' agreement that this matter be remanded for further proceedings, the court will enter that order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to remand (ECF No. 22) is granted;
2. Defendant's unopposed motion for voluntary remand (ECF No. 26) is granted;
3. The Commissioner's decision is reversed;
4. This matter is remanded for further proceedings consistent with this order; and
5. The Clerk of the Court shall enter judgment for plaintiff and close this case.

Dated: February 22, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\hernandez1888.ord